**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAI J. TYLER, : | |
| : | |
| Movant, : | |
| : | CRIMINAL ACTION NO. |
| : | 1:11-CR-0256-02-RWS |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [192] of Magistrate Judge Gerrilyn G. Brill.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Movant Kai J. Tyler's Section 2255 Motion [186] is hereby **DENIED**, and he is **DENIED** a certificate of appealability.

   **SO ORDERED** this   13th   day of May, 2013.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)